UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANUTE DAWES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. BRANSON,<br><br>　　　　　Defendants. | CASE NO. 1:16-cv-01364-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROVIDE CURRENT ADDRESS**<br><br>**CLERK TO TERMIANTE PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner or former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction.

On April 17, 2017, the Court issued an order to show cause why the action should not be dismissed for failure to obey a Court order and failure to prosecute. (ECF No. 11.) On April 24, 2017, the order was returned to the Court as undeliverable. Plaintiff has not since provided the Court with his current address.

Local Rule 183(b) requires a party proceeding pro se to keep the Court apprised of his current address: "If mail directed to a plaintiff in propria persona by the Clerk is

returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Here, more than sixty-three days have passed without Plaintiff providing the Court with his current address.

Accordingly, the action is HEREBY DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to provide a current address. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   July 14, 2017                              /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE